William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorneys for Plaintiffs, Michael Schnek

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03559-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MICHAEL SCHNEK,<br>　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MICHAEL SCHNEK, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: November 9, 2009 | AUDET & PARTNERS, LLP |
| 2 | | |
| 3 | | *signature* |
| 4 | | By: _____<br>Counsel's Name<br>Attorneys for Plaintiff, Michael Schenk |
| 5 | | |
| 6 | | |
| 7 | DATED: Dec. 22, 2009 | DLA PIPER LLP (US) |
| 8 | | *signature*<br>By: _____ |
| 9 | | Michelle W. Sadowsky<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

*signature*

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE